IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TOUCHCOM, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | 1:07cv114 (JCC) |
| BERESKIN & PARR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  Plaintiff's Motion for Reconsideration [224] is DENIED with respect to the grant of Summary Judgment against Touchcom, Inc., but GRANTED in that this Court will clarify that this decision is based on Touchcom, Inc.'s simply lacking standing to pursue this case, and that this Court makes no finding as to the existence of an attorney-client relationship between Touchcom, Inc. and Bereskin & Parr; and

(2)  the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

|  | /s/ |
|---|---|
| July 7, 2011 | James C. Cacheris |
| Alexandria, Virginia | UNITED STATES DISTRICT COURT JUDGE |