IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

—————————————x

TOUCHCOM, INC. AND TOUCHCOM
TECHNOLOGIES, INC.,

    Plaintiffs,

- against -

BERESKIN & PARR AND
H. SAMUEL FROST,

    Defendants.

—————————————x

No. 1:07-cv-00114-JCC-TCB

FILED JUL - 7 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER GRANTING WITHDRAWAL OF COUNSEL

On this day came the Plaintiffs Touchcom, Inc. and Touchcom Technologies, Inc. (collectively, "Touchcom"), by counsel, upon Touchcom's Unopposed Motion for Withdrawal of Counsel and, for good cause shown, it is

ORDERED, ADJUDGED AND DECREED that: (1) Touchcom's Unopposed Motion for Withdrawal of Counsel is GRANTED; (2) Daniel D. Prichard and the law firm of Dow Lohnes PLLC, together with those attorneys of the law firm of Kasowitz, Benson, Torres & Friedman LLP who have been admitted pro hac vice in this action, will continue to serve as counsel for Touchcom in this action; and (3) Lynn M. Deavers is granted leave to withdraw as counsel from this matter.

The withdrawal of counsel will not alter any deadlines existing in this case.

ENTERED: 7/7/11

JUDGE:

/s/
James C. Cacheris
United States District Judge

James C. Cacheris
United States District Judge
Eastern District of Virginia