IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---------------------------------x
:
TOUCHCOM, INC. AND TOUCHCOM :
TECHNOLOGIES, INC., :
:
    Plaintiffs, : No. 1:07-cv-00114-JCC-TCB
:
    - against - :
:
BERESKIN & PARR AND :
H. SAMUEL FROST, :
:
    Defendants. :
:
---------------------------------x

## AGREED ORDER GOVERNING SCHEDULE

Upon consideration of Plaintiff Touchcom Technologies, Inc. and Defendants Bereskin & Parr and H. Samuel Frost's (collectively, the "Parties") Joint Motion for Entry of Agreed Order Governing Schedule, and upon good cause shown, it is hereby ORDERED that the Motion is granted. It is thus hereby ORDERED that the following additional deadlines shall apply in this action:

1. The Parties shall exchange and file their deposition designations (containing page and line numbers) and objections thereto as follows. Initial designations shall be disclosed by the August 18, 2011 Final Pretrial Conference, counter-designations shall be disclosed by September 1, 2011, and counter-counter-designations shall be disclosed by September 8, 2011. All objections to such designations shall be exchanged and filed by September 15, 2011.

2. The Parties shall notice all motions in limine for an argument date that is not later than two weeks prior to the trial date set at the Final Pretrial Conference.

3. The Parties shall make all demonstrative exhibits available for inspection by, or demonstration to, the opposing Party no later than 24 hours prior to use during trial.

IT IS SO ORDERED.

Dated: July 16, 2011

/s/
Theresa Carroll Buchanan
United States Magistrate Judge