IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TOUCHCOM, INC. and TOUCHCOM TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BERESKIN & PARR and H. SAMUEL FROST, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:07-cv-00114-JCC-TCB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PLAINTIFF'S WITNESS LIST/RULE 26(A)(3) DISCLOSURES**

Touchcom Technologies, Inc. ("Plaintiff"), by its counsel, hereby submits Plaintiff's Witness List and Rule 26(a)(3) Disclosures.

Plaintiff will or may call the witnesses listed below at the time of trial, either live or by deposition testimony, or both. Plaintiff submits this witness list without waiving any of its rights, including the right to supplement this list in the event that any of the witnesses designated herein is or becomes unavailable to testify at trial; the right to modify this witness list based upon the Court's ruling on any motions *in limine*; and the right to introduce the deposition testimony that any party has designated. Plaintiff also reserves the right to call any rebuttal witnesses and any witness listed on Defendants' Witness List and/or Rule 26(a)(3) Disclosures. Plaintiff's Exhibit List is being filed separately.

A.   Plaintiff expects to present testimony either live ("L") or by deposition ("D") by the following witnesses (deposition designations will be filed separately):[1]

>   Peter Hollidge (L)
>   46 Rondeau Drive
>   Toronto, Ontario M2H1R7, Canada
>   416-493-5454
>
>   A. Samuel Wakim, Q.C. (L)
>   WeirFoulds LLP
>   The Exchange Tower, Suite 1600
>   P.O. Box 480, 130 King Street West
>   Toronto, Ontario M5X 1J5, Canada
>   416-947-5040
>
>   James T. Carmichael (L)
>   Miles & Stockbridge PC
>   Tysons Corner Office
>   1751 Pinnacle Drive, Suite 500
>   McLean, VA 22102-3833
>   703-610-8648
>
>   Ronald P. Santicola (L)
>   Condevco
>   2909 S. Ocean Blvd. Suite 3-D
>   Highland Beach, FL 33487
>   561-274-4261
>
>   David M. Beazley (L)
>   1425 West Rascher Ave. Apt 1
>   Chicago, IL 60640
>   773-728-9800
>
>   Christopher Gerardi (L)
>   FTI Consulting
>   3 Times Square
>   New York, NY 10036
>   212-247-1010

---

[1] All contact information provided is the last known to Plaintiff. Pursuant to the parties' agreement, Plaintiff expects to present witnesses Peter Myers and Kenneth Taylor through their arbitration testimony in *In the Matter of the Arbitration Between Dresser, Inc. v. Touchcom Inc. and Touchcom Technologies, Inc.*, International Centre for Dispute Resolution, Case No. 50T 133 00024 04, in addition to the live and/or deposition testimony set forth below.

H. Samuel Frost (D)
Bereskin & Parr LLP
6733 Mississauga Road, Suite 600
Mississauga, Ontario L5N 6J5, Canada
905-817-6100

Rollie Howard White III (D)
Rockwell Trading Inc.
13033 Pond Springs Rd. Suite 201
Austin, TX 78729
512-553-0835

John Steven Bond (D)
325 Rannie Road
Newmarket, Ontario L3Y 1X3

Peter Caverno Myers, Jr. (D)
P.O. Box 190283
Dallas, TX 75219
214-734-9914

John P. Ryan (D)
Dresser, Inc.
15455 Dallas Parkway
Addison, TX 75001
972-361-9800

Kenneth William Taylor (D)
8118 Hunting Cog Road
Oak Ridge, NC 27310
336-643-9353

Robert Wilkes (D)
Ridout & Maybee LLP
225 King Street West, 10th Floor
Toronto  Ontario M5V 3M2
416-865-3534

    B.    If the need arises, Plaintiff may present testimony either live ("L") or by deposition ("D") of the following witnesses (deposition designations will be filed separately):

    H. Samuel Frost (L)
    Bereskin & Parr LLP
    6733 Mississauga Road, Suite 600
    Mississauga, Ontario L5N 6J5, Canada
    905-817-6100

    Rollie Howard White III (L)
    Rockwell Trading Inc.
    13033 Pond Springs Rd. Suite 201
    Austin, TX 78729
    512-553-0835

    Jaired Ellard (D)
    1805 Santa Maria Ct
    Grand Prairie, TX 75051
    972-641-2585

    Carlos Martinez (D)
    Dresser Wayne
    3814 Jarrett Way.
    Austin, TX 78728
    512-388-8311

    Mats E. Olsson (D)
    Dresser Wayne
    3814 Jarrett Way.
    Austin, TX 78728
    512-388-8311

    Daniel Yienger (D)
    VeriFone, Inc.
    300 Park Place Boulevard, Suite 100
    Clearwater, FL 33759
    727-953-4000

Plaintiff will file an Exhibit List separately from this Witness List/Rule 26(a)(3) Disclosure.

Respectfully submitted this 17th day of August, 2011.

|  |  |
|---|---|
| Michael S. Shuster (pro hac vice)<br>Sheron Korpus (pro hac vice)<br>Monica Bhattacharyya (pro hac vice)<br>Alycia Regan Benenati (pro hac vice)<br>*Attorneys for Plaintiff*<br>*Touchcom Technologies, Inc.*<br>KASOWITZ BENSON TORRES &<br>FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800 | /s/<br>Daniel D. Prichard<br>VSB No. 45766<br>*Attorney for Plaintiff*<br>*Touchcom Technologies, Inc.*<br>DOW LOHNES PLLC<br>1200 New Hampshire Avenue, N.W., Suite 800<br>Washington, DC 20036-6802<br>Tel: (202) 776-2374<br>Fax: (202) 776-4374<br>dprichard@dowlohnes.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this date, August 17, 2011, I will electronically file the foregoing PLAINTIFF'S WITNESS LIST/RULE 26(A)(3) DISCLOSURES with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Monplaisir G. Hamilton
Peter Strand
Shook, Hardy & Bacon L.L.P.
1155 F Street, NW, Suite 200
Washington, D.C. 20004-1305
mhamilton@shb.com
pstrand@shb.com

John H. Martin
J. Michael Heinlen
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
john.martin@tklaw.com
Michael.Heinlen@tklaw.com

                                                          /s/_____

                                            Daniel D. Prichard
                                            VSB No. 45766
                                            *Attorney for Plaintiff*
                                            *Touchcom Technologies, Inc.*
                                            DOW LOHNES PLLC
                                            1200 New Hampshire Avenue, N.W., Suite 800
                                            Washington, DC 20036-6802
                                            Tel: (202) 776-2374
                                            Fax: (202) 776-4374
                                            dprichard@dowlohnes.com