**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| TOUCHCOM TECHNOLOGIES, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:07-cv-00114 |
| BERESKIN & PARR AND H. SAMUEL FROST, | |
| Defendants. | |

**DEFENDANTS' WITNESS LIST**

In accordance with Rule 26(a)(3)(A)(i) & (ii) and the Court's Order setting pretrial deadlines

(ECF No. 222), Bereskin & Parr and H. Samuel Frost (collectively, "B&P") submit the following list

of proposed trial witnesses.

**Witnesses B&P Expects to Present Live**

1.    H. Samuel Frost
2.    Jack D. Grimes, Ph.D.
3.    Paul M. Janicke
4.    Carla S. Mulhern
5.    Rollie White


**Witnesses B&P May Present Live or By Deposition if the Need Arises**

6.    Steven Bond
7.    Carl Cooper
8.    Robert Disher
9.    Jaired Ellard
10.   Peter Hollidge
11.   Carlos Martinez
12.   Peter C. Myers, Jr.
13.   Mats E. Olsson

14.    John P. Ryan

15.    Norman William Caldwell Ross

16.    Richard Street

17.    Kenneth William Taylor

18.    Arthur Samuel Wakim

19.    Robert Wilkes

20.    Daniel Yienger

Dated:  August 17, 2011                    Respectfully submitted,


/s/ Monplaisir G. Hamilton
Monplaisir G. Hamilton
   Virginia Bar No. 76005
Peter E. Strand (*pro hac vice*)
   D.C. Bar No. 481870
SHOOK, HARDY & BACON L.L.P.
1155 F Street, N.W., Suite 200
Washington, D.C. 20004
202-783-8400 – Telephone
202-783-4211 – Facsimile

and

John H. Martin (*pro hac vice*)
   Texas State Bar No. 13086500
J. Michael Heinlen (*pro hac vice*)
   Texas State Bar No. 24032287
THOMPSON & KNIGHT L.L.P.
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-969-1700 – Telephone
214-969-1751 – Facsimile

ATTORNEYS FOR DEFENDANTS
BERESKIN & PARR AND H. SAMUEL FROST

## CERTIFICATE OF SERVICE

I certify that on August 17, 2011, I served the foregoing document by electronic mail on the

following counsel for Plaintiff:

Daniel Donohoe Prichard
DOW LOHNES & ALBERTSON PLLC
1200 New Hampshire Ave. NW, Suite 800
Washington, D.C.  20036


Michael S. Shuster
Sheron Korpus
Alycia Regan Benenati
KASOWITZ BENSON TORRES & FRIEDMAN L.L.P.
1633 Broadway
New York, NY 10019


/s/ Monplaisir G. Hamilton
Monplaisir G. Hamilton


2775025.1