**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| TOUCHCOM TECHNOLOGIES, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>BERESKIN & PARR AND<br>H. SAMUEL FROST,<br><br>     Defendants. | Civil Action No. 1:07-cv-00114 |

**DEFENDANTS' EXHIBIT LIST**

In accordance with Rule 26(a)(3)(A)(iii) and the Court's Order setting pretrial deadlines (ECF No. 222), Bereskin & Parr and H. Samuel Frost (collectively, "B&P") submit the following list of exhibits.

| No. | Previous Designation | Description | Offer Expect | Offer If Need Arises |
|---|---|---|---|---|
| 1 | Wakim deposition (in this lawsuit) exhibit 45 | Touchcom Technologies, Inc. Articles of Incorporation | X | |
| 2 | Hollidge deposition (in this lawsuit) exhibit 8 | Touchcom Technologies, Inc./Dresser, Inc. Royalty Agreement | X | |
| 3 | Frost deposition (in this lawsuit) exhibit 36 | Invoices to Touchcom, Inc. | X | |
| 4 | Frost deposition (in this lawsuit) exhibit 37 | Cash Receipts Report | X | |
| 5 | Frost deposition exhibit (in this lawsuit) 34 | List of Touchcom, Inc. matter numbers | X | |
| 6 | Martinez deposition (in this lawsuit) exhibit 7 | Ovation Wiring Diagram | X | |
| 7 | Frost deposition (in this lawsuit) exhibit 26 | Letter from Sam Frost to Peter Hollidge (8/18/87) | X | |
| 8 | Frost deposition (in this lawsuit) exhibit 35 | Declaration of Inventorship | X | |
| 9 | Invalidity Expert Report of Jack Grimes (6/25/10), Appendix D | CV of Steven Bond | X | |

– 1 –

| No. | Previous Designation | Description | Offer | |
|---|---|---|---|---|
| | | | Expect | If Need Arises |
| 10 | Hollidge deposition (in this lawsuit) exhibit 13 | Project Scope proposal | X | |
| 11 | TCVA 00068751–TCVA 00068792 | Letter from Amy Wilson to Peter Hollidge enclosing Gilbarco Business Assessment (Aug. 24, 1990) | X | |
| 12 | Wakim deposition (in this lawsuit) exhibit 29 | Fax from Sam Wakim to Rollie White, enclosing email from Peter Hollidge to Sam Wakim (4/9/96) | X | |
| 13 | TCVA 00069733–TCVA 00069735 | Email from Peter Hollidge to Sam Wakim (Aug. 13, 1996) | X | |
| 14 | Wakim deposition (in this lawsuit) exhibit 28 | (ASW) Notes | X | |
| 15 | TCVA 00023266–TCVA 00023267 | Email from Peter Hollidge to Sam Wakim (Aug. 18, 1999) | X | |
| 16 | DRES 005020–DRES 005020 | Letter from James Hilton to Douglas Pinner (August 18, 1999) | X | |
| 17 | Wakim deposition (in this lawsuit) exhibit 37 | Checks from Sam Wakim to B&P | X | |
| 18 | Jaired Ellard deposition (in the Dresser lawsuit) exhibit 5 (DI00789–DI00809) | U.S. Patent No. 3,391,497 | X | |
| 19 | Jaired Ellard deposition (in the Dresser lawsuit) exhibit 1 (DI15905–DI15918) | Docutel Corporation's "ARCO II Automated Service Stations System Evaluation" | X | |
| 20 | Jaired Ellard deposition (in the Dresser lawsuit) exhibit 1 (D46556–D46557) | Photographs of dispensers | X | |
| 21 | Produced by Carl Bruce of Fish & Richardson by email on 6/9/10 | Right of First Refusal Agreement | X | |
| 22 | Frost deposition (in this lawsuit) exhibit 6 | Letter from Robert Storey to Peter Hollidge (12/5/91) | | X |
| 23 | BP 006331–BP 0063354 | Documents related to Sam Wakim's proposed Touchcom reorganization | | X |

| No. | Previous Designation | Description | Offer | |
|---|---|---|---|---|
| | | | Expect | If Need Arises |
| 24 | BP 000963–BP 000967 | Handwritten notes | | X |
| 25 | Frost deposition (in this lawsuit) exhibit 23 | 282 patent (without Schedules A and B) | | X |
| 26 | BP 009011–BP 009696 | 282 Patent (unabridged) | | X |
| 27 | BP 007898–BP 009010 | USPTO file history | | X |
| 28 | BP 015980–BP 017331 | PCT file history | | X |
| 29 | TCVA 00086521–TCVA 00086521 | Assignment of patent to Touchcom, Inc. | X | |
| 30 | BP 004399–BP 004399 | Memorandum from Melissa Shantz to File (10/24/97) | | X |
| 31 | Frost deposition (in this lawsuit) exhibit 8 | Letter from Sam Frost to Elaine Bloxsome (10/27/97) | | X |
| 32 | DRES 006231–DRES 006287 | Touch Screen Project History | X | |
| 33 | BP 005993–BP 005993 | Letter from B&P to Peter Hollidge (5/13/94) | | X |
| 34 | BP 005995–BP 005995 | Handwritten notes | | X |
| 35 | BP 005994–BP 005994 | Touchcom Technologies, Inc. check to B&P (9/9/94) | | X |
| 36 | TCVA 00094000–TCVA 00094000 | Letter from B&P to Peter Hollidge (11/11/94) | | X |
| 37 | TCVA 00093999–TCVA 00093999 | Letter from B&P to Peter Hollidge (11/18/94) | | X |
| 38 | TCVA 00093986–TCVA 00093986 | Letter from B&P to Peter Hollidge (12/19/94) | | X |
| 39 | TCVA 00094275–TCVA 00094275 | Letter from B&P to Peter Hollidge (10/27/98) | | X |
| 40 | TCVA 00094259–TCVA 00094259 | Letter from B&P to Peter Hollidge (1/7/99) | | X |
| 41 | TCVA 00094274–TCVA 00094274 | Letter from B&P to Peter Hollidge (4/22/99) | | X |
| 42 | TCVA 00094272–TCVA 00094272 | Letter from B&P to Peter Hollidge (2/15/2000) | | X |
| 43 | TCVA 00084390–TCVA 00084390 | Letter from B&P to Peter Hollidge (9/30/02) | | X |
| 44 | Frost deposition exhibit 9 | Statutory Declaration of Sam Frost (6/8/05) | | X |

| No. | Previous Designation | Description | Offer | |
|---|---|---|---|---|
| | | | Expect | If Need Arises |
| 45 | TCVA00050308–TCVA00050314 | Opposition to Motion to Compel in Touchcom v. Dresser | X | |
| 46 | TCVA00050321–TCVA00050322 | Statutory Declaration of Peter Hollidge | X | |
| 47 | Frost deposition (in this lawsuit) exhibit 17 | Letter from Sam Frost to Peter Hollidge (2/1/89) | | X |
| 48 | Frost deposition (in this lawsuit) exhibit 18 | Handwritten notes | | X |
| 49 | Frost deposition (in this lawsuit) exhibit 21 | Letter from Sam Frost to Peter Hollidge (12/17/98) | | X |
| 50 | Frost deposition (in this lawsuit) exhibit 22 | Letter from Sam Frost to Sam Wakim (3/17/99) | | X |
| 51 | Frost deposition (in this lawsuit) exhibit 33 | Letter from Sam Frost to Peter Hollidge (5/16/88) | | X |
| 52 | Hollidge deposition (in this lawsuit) exhibit 1 | Touchcom, Inc./Touchcom Technologies, Inc. License Agreement | | X |
| 53 | Hollidge deposition (in this lawsuit) exhibit 2 | Waiver of notice of 9/30/03 Touchcom, Inc. board meeting | | X |
| 54 | Hollidge deposition (in this lawsuit) exhibit 3 | Notice that Touchcom, Inc. board meeting will be held on 9/30/03 | | X |
| 55 | Hollidge deposition (in this lawsuit) exhibit 4 | Amendment to Touchcom, Inc./Touchcom Technologies, Inc. License Agreement | | X |
| 56 | Hollidge deposition (in this lawsuit) exhibit 7 | Agreement for Consulting Services (3/1/97) | | X |
| 57 | Hollidge deposition (in this lawsuit) exhibit 9 | Letter from Sam Frost to Peter Hollidge (6/16/87) | | X |
| 58 | Hollidge deposition (in this lawsuit) exhibit 10 | Letter from Sam Frost to Margaret Disher (7/31/89) | | X |
| 59 | Hollidge deposition (in this lawsuit) exhibit 11 | Touchcom, Inc. board minutes (1/16/87) | | X |
| 60 | Hollidge deposition (in this lawsuit) exhibit 12 | Touchcom, Inc. board minutes (6/10/87) | | X |
| 61 | Hollidge deposition (in this lawsuit) exhibit 12A | Touchcom, Inc. board minutes (6/10/87) | | X |
| 62 | Wakim deposition (in this lawsuit) exhibit 4 | Letter of credit from Royal Bank of Canada (10/18/88) | | X |
| 63 | Wakim deposition (in this lawsuit) exhibit 5 | Letter from Peter Hollidge to Ford Ralph (1/5/89) | | X |

| No. | Previous Designation | Description | Offer | |
|---|---|---|---|---|
| | | | Expect | If Need Arises |
| 64 | Wakim deposition (in this lawsuit) exhibit 9 | Letter from Sam Wakim to Peter Hollidge (11/28/91) | | X |
| 65 | Wakim deposition (in this lawsuit) exhibit 10 | Letters of Intent (5/11/89 and 5/31/89) | | X |
| 66 | Wakim deposition (in this lawsuit) exhibit 11 | Email from Bob Simpson to Sam Wakim (9/30/03) | | X |
| 67 | Wakim deposition (in this lawsuit) exhibit 12 | Email from Sam Wakim to Peter Hollidge (9/30/03) | | X |
| 68 | Wakim deposition (in this lawsuit) exhibit 13 | Touchcom, Inc. board minutes (12/19/03) | | X |
| 69 | Wakim deposition (in this lawsuit) exhibit 14 | Letter from Ronald Miller to Robert Simpson (11/26/03) | | X |
| 70 | Wakim deposition (in this lawsuit) exhibit 15 | Touchcom Technologies, Inc. shareholder ledger | | X |
| 71 | Wakim deposition (in this lawsuit) exhibit 16 | Touchcom Technologies, Inc. shareholder register | | X |
| 72 | Wakim deposition (in this lawsuit) exhibit 17 | Handwritten notes | | X |
| 73 | Wakim deposition (in this lawsuit) exhibit 18 | Email from Sam Wakim to Andrew dePass (8/17/99) | | X |
| 74 | Wakim deposition (in this lawsuit) exhibit 19 | Letter from Sam Wakim to Alvin Flood (1/22/99) | | X |
| 75 | Wakim deposition (in this lawsuit) exhibit 20 | Letter from Dick Diemer to Peter Hollidge (1/8/99) | | X |
| 76 | Wakim deposition (in this lawsuit) exhibit 21 | Letter from P.L. Vlaskamp to Peter Hollidge (10/26/87) | | X |
| 77 | Wakim deposition (in this lawsuit) exhibit 22 | Memo from Sam Wakim to Rollie White (5/8/96) | | X |
| 78 | Wakim deposition (in this lawsuit) exhibit 25 | Memo from Peter Hollidge to Sam Wakim (n.d.) | | X |
| 79 | Wakim deposition (in this lawsuit) exhibit 26 | Letter from Sam Wakim to Erez and Alon Goren (8/21/98) | | X |
| 80 | Wakim deposition (in this lawsuit) exhibit 27 | Letter from Sam Wakim to Gordon Thompson (8/22/98) | | X |
| 81 | Wakim deposition (in this lawsuit) exhibit 33 | Email from Sam Wakim to Ron Brown (12/3/01) | | X |
| 82 | Wakim deposition (in this lawsuit) exhibit 34 | Fax from Michael Dockterman to Sam Wakim (3/11/02) | | X |
| 83 | Wakim deposition (in this lawsuit) exhibit 35 | Statement of Claim in Touchcom, Inc. v. Dresser Wayne DI Canada Inc. | | X |

| No. | Previous Designation | Description | Offer | |
|---|---|---|---|---|
| | | | Expect | If Need Arises |
| 84 | Wakim deposition (in this lawsuit) exhibit 36 | Letter from Sam Wakim to Thomas Ring (11/28/02) | | X |
| 85 | Wakim deposition (in this lawsuit) exhibit 38 | Weir Foulds invoices to Touchcom Technologies, Inc. | | X |
| 86 | Wakim deposition (in this lawsuit) exhibit 39 | Weir Foulds invoices to Touchcom Technologies, Inc. | | X |
| 87 | Wakim deposition (in this lawsuit) exhibit 40 | Weir Foulds invoices to Touchcom Technologies, Inc. | | X |
| 88 | Wakim deposition (in this lawsuit) exhibit 44 | Touchcom, Inc. Articles of Incorporation | | X |
| 89 | Hollidge deposition (in this lawsuit) exhibit 6 | Touchcom Technologies, Inc. draft investment proposal | | X |
| 90 | TCVA 00102771–TCVA 00102773 | Touchcom Technologies, Inc. System Components (1/29/1990) | | X |
| 91 | TCVA 00000896–TCVA 00000911 | Touchcom Technologies, Inc. Business Development Strategy (1/91) | | X |
| 92 | Wakim deposition (in this lawsuit) exhibit 24 | Touchcom Technologies, Inc. Business Development Strategy (1/91) | | X |
| 93 | BP 000244–BP 000250 | delta Δ 5000 Touchcom | | X |
| 94 | BP 001059–BP 001075 | Touch Screen Communication System Technical Description | | X |
| 95 | TCVA 00068460–TCVA 00068466 | Touchcom Technologies, Inc. business plan (2/8/99) | | X |
| 96 | TCVA 00069493–TCVA 00069498 | An Interactive Approach to Improving the Bottom Line (Touchcom Technologies for Amoco Oil) | | X |
| 97 | TCVA 00069649–TCVA 00069664 | Executive Summary Touch Screen Dispensing & Media Services Development (TouchCom Technologies Inc. June 1998) | | X |
| 98 | TA 000996–TA 001050 | Touchcom Technologies Inc. Business Plan 1992–1995 | | X |
| 99 | TCVA 00024849–TCVA 00024853 | The New Display Opportunity; TouchCom Technologies, Inc. (June 23, 1996) | | X |
| 100 | TCVA 00023916–TCVA 00023927 | Touchcom Technologies Business Development Plan | | X |

| No. | Previous Designation | Description | Offer | |
| --- | --- | --- | --- | --- |
| | | | Expect | If Need Arises |
| 101 | TCVA 00025125–TCVA 00025134 | Touchcom Technologies, Inc.; Status Report, Interactive Gasoline Dispensing Project (1995–1996) | | X |
| 102 | TCVA 00024812–TCVA 00024825 | Touchcom Technologies Business Development Plan | | X |
| 103 | TCVA 00024475–TCVA 00024481 | Executive Summary Touch Screen Dispensing & Media Services | | X |
| 104 | TCVA 00000792–TCVA 00000835 | TouchCom Technologies Inc. Business Plan November 1995 | | X |
| 105 | TCVA 00025229–TCVA 00025230 | Memo from Peter Hollidge to Sam Wakim (9/24/98) | | X |
| 106 | TCVA 00043615–TCVA 00043622 | Arbitration Order (11/11/04) | | X |
| 107 | TCVA 00086576–TCVA 00086579 | Letter from Wes Musselman to John Letchinger (1/6/05) | X | |
| 108 | TCVA 00086582–TCVA 00086585 | Letter from Wes Musselman to John Letchinger (1/6/05) | | X |
| 109 | TCVA 00046218–TCVA 00046219 | Letter from John Letchinger to Wes Mussleman (1-10-05) | | X |
| 110 | TCVA 00053763–TCVA 00053764 | Letter from John Letchinger to Wes Mussleman (1-10-05) | | X |
| 111 | TCVA 00046221–TCVA00046222 | Letter from Wes Musselman to John Letchinger (1/18/05) | | X |
| 112 | TCVA 00086574–TCVA 00086575 | Letter from Wes Musselman to John Letchinger (1/19/05) | | X |
| 113 | TCVA 00086572–TCVA 00086573 | Letter from John Letchinger to Wes Mussleman (1-25-05) | | X |
| 114 | TCVA 00086571–TCVA 00086571 | Letter from Wes Musselman to John Letchinger (2/8/05) | | X |
| 115 | TCVA 00086360–TCVA 00086361 | Letter from John Ryan to John Letchinger (5/19/06) | | X |
| 116 | Produced by Carl Bruce of Fish & Richardson by email on 6/9/10 | Letter from Brett Johnson to John Letchinger (9/16/05) | X | |
| 117 | TCVA 00102910–TCVA 00102910 | Email from John Letchinger to Mark Dukes (12/17/04) | | X |
| 118 | TCVA 00102955–TCVA 00102965 | Gilbarco Settlement Agreement | X | |
| 119 | TCVA 00102767–TCVA 00102768 | Touchcom Settlement Proceeds Distribution Schedule | | X |

| No. | Previous Designation | Description | Offer | |
|---|---|---|---|---|
| | | | Expect | If Need Arises |
| 120 | TCVA 00102766–TCVA 00102766 | Settlement Check from Touchcom Technologies, Inc. to Wildman Harrold | | X |
| 121 | TCVA 00067213–TCVA 0006275 | Email correspondence with Dresser, Inc. from Sam Wakim files | | X |
| 122 | TCVA 00068167–TCVA 00068181 | Letter from Sam Wakim to John Ryan (12/14/98) | | X |
| 123 | TCVA 00041949–TCVA 00041985 | Original Petition in Dresser | | X |
| 124 | TCVA 00069487–TCVA 00069744 | Touchcom Technologies Documents (compiled by Peter Hollidge) | | X |
| 125 | TCVA 00069710–TCVA 00069711 | Letter from Don McCall to Peter Hollidge (10/23/95) | | X |
| 126 | Carmichael deposition exhibit 4 | U.S. Patent No. 6,642,917 | | X |
| 127 | Carmichael deposition exhibit 5 | U.S. Patent No. 6,606,067 | | X |
| 128 | Carmichael deposition exhibit 6 | U.S. Patent No. 6,724,152 | | X |
| 129 | Report of Professor Paul M. Janicke (7/15/10) | CV of Paul Janicke | X | |
| 130 | Janicke deposition exhibit 16 | David W. Brownlee, The Scope of Equivalents Under 35 U.S.C. § 112 P6 Should Vary Depending n Importance of the Means-Plus-Function Recitation to the Invention as a Whole, 81 J. Pat. & Trademark Soc'y 451 (1999) | | X |
| 131 | Janicke deposition exhibit 18 | J. Allison and M. Lemley, The Growing Complexity of the United States Patent System, 82 Boston U.L. Rev. 77 (2002) | | X |
| 132 | Report of Professor Paul M. Janicke (7/15/10) ¶ 41 b | Peter Ehrenhaft, Comments on the American Bar Association's Vote on PTO Rules Affecting Practice Before the Agency By Non-Resident Aliens, 74 Pat. Trademark & Copyrt. J. 507 (Aug. 24, 2007) | | X |
| 133 | Report of Professor Paul M. Janicke (7/15/10) ¶ 41 b | PTO Final Rule for Patent Examiner Registration Tests, 69 Fed. Reg. 35428, 35450 (2004) | | X |

| No. | Previous Designation | Description | Offer | |
| | | | Expect | If Need Arises |
|---|---|---|---|---|
| 134 | Report of Professor Paul M. Janicke (7/15/10) ¶ 18 | Paul Janicke, The Crisis in Patent Coverage:  Defining Scope of An Invention By Function, 8 Harv. J.L. & Tech. 155 (1994) | | X |
| 135 | BP 017332–BP 017333 | Notes supporting Paul Janicke Report | | X |
| 136 | BP 017334–BP 017334 | Notes supporting Paul Janicke Report | | X |
| 137 | DRES 010880–DRES 010881 | Email from Ken Taylor to Peter Hollidge, et al. (8/18/99) | | X |
| 138 | TCVA 00058013–TCVA 00058013 | Email from Carl Cooper to Peter Hollidge (Sept. 14, 1999) | | X |
| 139 | Wilkes deposition exhibit 6 | Letter from Steven Bond to Robert Wilkes (7/7/87) | | X |
| 140 | BP 015957–BP 015962 | Email from Steven Bond to Robert Wilkes (8/2/87) | | X |
| 141 | BP 004387–BP 004388 | B&P invoice to Touchcom, Inc. (11/19/97) | | X |
| 142 | Expert Report of Carla Mulhern exhibit 1 | CV of Carla Mulhern | X | |
| 143 | D020745–D020790 | Dresser Wayne Dispenser Equipment & Point-of-Sale System MSRP Pricing (Feb. 2005) | X | |
| 144 | D039370–D039418 | Dresser Wayne – US Operations Financial Report – December 2003 | X | |
| 145 | D039419–D039476 | Dresser Wayne – US Operations Financial Report – December 2002 | X | |
| 146 | D039477–D039505 | Dresser Wayne – US Operations Financial Report – December 2001 | X | |
| 147 | D039542–D039614 | Dresser Wayne – US Operations Financial Report – December 2000 | X | |
| 148 | D039615–D039696 | Dresser Wayne – US Operations Financial Report – December 1999 | X | |
| 149 | D039697–D039747 | Dresser Wayne – US Operations Financial Report – Calendar Year 1998 | X | |
| 150 | D039748–D039815 | Dresser Wayne – US Operations Financial Report – October 1997 | X | |
| 151 | D039816–D039880 | Dresser Wayne – US Operations Financial Report – October 1996 | X | |

| No. | Previous Designation | Description | Offer Expect | Offer If Need Arises |
|---|---|---|---|---|
| 152 | D039881–D039966 | Dresser Wayne – US Operations Financial Report – October 1995 | X | |
| 153 | DRES 010884–DRES 010884 | Email from Ken Taylor to Peter Hollidge (June 7, 1999) | X | |
| 154 | DRES 010889–DRES 010891 | Email from Ken Taylor to Peter Hollidge (May 20, 1999) | X | |
| 155 | DRES 011007–DRES 011008 | Email from Ken Taylor to Peter Hollidge (July 15, 1999) | X | |
| 156 | TCVA 00088840–TCVA 00088841 | Email from William Peoples to Sam Wakim (Oct. 29, 1999) | X | |
| 157 | DRES 011308–DRES 011310 | Email from Ken Taylor to Peter Hollidge (Mar. 29, 1999) | X | |
| 158 | DRES 011375–DRES 011376 | Letter from Craig Hartsell to Ken Taylor (Oct. 20, 1999) | X | |
| 159 | DRES 011377–DRES 011378 | Letter from Ken Taylor to Hal Hartsell  (Apr. 1, 1999) | X | |
| 160 | TCVA00000160–TCVA00000160 | Letter from Ken Taylor to Peter Jackson (Feb. 10, 2000) | X | |
| 161 | TCVA00000173–TCVA00000174 | Email from William Peoples to Sam Wakim (Oct. 29, 1999) | X | |
| 162 | FISH 00004562–FISH 00005061 | TC 1994-2004 Sales Data.xls | X | |
| 163 | VF_0005399–VF_0005399 | Chart | X | |
| 164 | Expert Report of Carla Mulhern (7/16/10), at 8–9 nn.19–21 | http://bereskinparr.com/ENG/OurStory/introduction/aboutint_1.html | | X |
| 165 | Expert Report of Carla Mulhern (7/16/10), at 9 n.22 | http://bereskinparr.com/ENG/People/bios/SamuelFrost.html | | X |
| 166 | Expert Report of Carla Mulhern (7/16/10), at 10 n.30 | http://www.dresserwayne.com/index.cfm/go/about-us/ | | X |
| 167 | Expert Report of Carla Mulhern (7/16/10), at 9 n.29 | http://www.dresserwayne.com/index.cfm/go/content-detail/dresserpage/History/ | | X |
| 168 | Expert Report of Carla Mulhern (7/16/10), at 9–10 nn.29–30 | Dresser Wayne, Hoover's Inc., March 29, 2010 | | X |

| No. | Previous Designation | Description | Offer | |
|---|---|---|---|---|
| | | | Expect | If Need Arises |
| 169 | Expert Report of Carla Mulhern (7/16/10), at 18 n.69, 20 n.74 | Robert F. Reilly and Robert P. Schweihs, Valuing Intangible Assets, 95-202 (1999) | | X |
| 170 | Expert Report of Carla Mulhern (7/16/10), at 8 n.14, 26 n.95 | Telent plc, SEC Form 20-F/A for the fiscal year ended March 31, 2005 | | X |
| 171 | Expert Report of Carla Mulhern (7/16/10), Ex. 3 | U.S. Treasury securities at 1-year constant maturity from http://www.federalreserve.gov/releases/h15/data.htm | | X |
| 172 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 1997 | | X |
| 173 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 1998 | | X |
| 174 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 1999 | | X |
| 175 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2000 | | X |
| 176 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2001 | | X |
| 177 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2002 | | X |
| 178 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2003 | | X |
| 179 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2004 | | X |
| 180 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2005 | | X |
| 181 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2006 | | X |
| 182 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2007 | | X |
| 183 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2008 | | X |
| 184 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates field descriptions | | X |
| 185 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | National OES Estimates 2009 | | X |
| 186 | Expert Report of Carla Mulhern (7/16/10), at 22 n.82 | Producer Price Industry Data, PCU33441333441312 | | X |

| No. | Previous Designation | Description | Offer | |
| | | | Expect | If Need Arises |
|---|---|---|---|---|
| 187 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | ECEC 1986–2001 | | X |
| 188 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | ECEC 2002–2003 | | X |
| 189 | Expert Report of Carla Mulhern (7/16/10), Ex. 4 | ECEC 2004–2010 | | X |
| 190 | Martinez deposition exhibit 2 | Harmony Series Dispensers Parts Manual | X | |
| 191 | Martinez deposition exhibit 3 | Ovation Series Dispensers Parts Manual | X | |
| 192 | Martinez deposition exhibit 5 | 3/Vista Series (iGEM) Blending and Non-Blending Dispensers | | X |
| 193 | Martinez deposition exhibit 6 | iGEM Dispenser Wiring Diagram | X | |
| 194 | Martinez deposition exhibit 8 | Ovation Series Dispensers Service Manual | | X |
| 195 | Martinez deposition exhibit 9 | Ovation Product Information | | X |
| 196 | Martinez deposition exhibit 12 | Nucleus XP Service Manual | X | |
| 197 | Martinez deposition exhibit 13 | Operation Manual ExxonMobil Oil Company Software Release 3.5x | | X |
| 198 | Martinez deposition exhibit 15 | US Current Loop Protocol Duplex and iGEM Dispensers | X | |
| 199 | Yienger deposition exhibit 7 | Ruby Supersystem – CITGO Sales Reference | | X |
| 200 | Yienger deposition exhibit 8 | Ruby Supersystem – CITGO Manager Reference | | X |
| 201 | Yienger deposition exhibit 9 | Topaz User Guide | | X |
| 202 | Yienger deposition exhibit 10 | Dispenser & DCR Interfaces | | X |
| 203 | Olsson deposition exhibit 3 | Nucleus Historical Performance | | X |
| 204 | Olsson deposition exhibit 5 | Dresser Wayne Division – US Operations Market Share Rolling Averages 1992-2001 | | X |
| 205 | Olsson deposition exhibit 7A | Sales Data | | X |

| No. | Previous Designation | Description | Offer Expect | Offer If Need Arises |
|---|---|---|---|---|
| 206 | Olsson deposition exhibit 10 | Dresser's US Market Share for Nucleus POS Systems used with fuel dispensers | | X |
| 207 | Olsson deposition exhibit 11 | Dresser Wayne Nucleus Point-of-Sale System Surpasses 11,000th Installation | | X |
| 208 | D2047–D2154 | Installation Operation Manual for 3/Vista Series | | X |
| 209 | Expert Report of Ronald Santicola | Brochure for Vista Series Fuel Dispensers | X | |
| 210 | Expert Report of Ronald Santicola | Brochure for Nucleus Point-of-Sale System | X | |
| 211 | Santicola Supplemental Expert Report – Ex. 2 | Ruby Sales Sheet | | X |
| 212 | Supplemental Expert Report of Ronald Santicola – Ex. 3 | Topaz Solutions Sales Sheet | | X |
| 213 | Supplemental Expert Report of Ronald Santicola – Ex. 4 | Sapphire Sales Sheet | | X |
| 214 | VF0004354–VF0004851 | Ruby System Manager Reference | X | |
| 215 | VF0005025–VF0005260 | Ruby System Sales Reference | X | |
| 216 | D19289–D19315 | Dresser Current Loop Protocol | X | |
| 217 | D600770–D600825 | Nucleus CHS Sequencing Design | X | |
| 218 | TCVA_DRCODE_000005–TCVA_DRCODE_000173 | Dresser Source Code | X | |
| 219 | TCVA_DRCODE_000284–TCVA_DRCODE_000401 | Dresser Source Code | X | |
| 220 | TCVA_DRCODE_000406–TCVA_DRCODE_000413 | Dresser Source Code | X | |
| 221 | TCVA_DRCODE_000428–TCVA_DRCODE_000465 | Dresser Source Code | X | |

| No. | Previous Designation | Description | Offer | |
|-----|---------------------|-------------|-------|---|
| | | | Expect | If Need Arises |
| 222 | TCVA_DRCODE_00046 7– TCVA_DRCODE_00047 9 | Dresser Source Code | X | |
| 223 | TCVA_DRCODE_00050 7– TCVA_DRCODE_00066 2 | Dresser Source Code | X | |
| 224 | TCVA_DRCODE_00068 3– TCVA_DRCODE_00077 9 | Dresser Source Code | X | |
| 225 | TCVA_DRCODE_00078 1– TCVA_DRCODE_00082 3 | Dresser Source Code | X | |
| 226 | TCVA_DRCODE_00082 6– TCVA_DRCODE_00083 2 | Dresser Source Code | X | |
| 227 | TCVA_DRCODE_00083 8– TCVA_DRCODE_00085 9 | Dresser Source Code | X | |
| 228 | TCVA_DRCODE_00090 0– TCVA_DRCODE_00091 4 | Dresser Source Code | X | |
| 229 | TCVA_DRCODE_00108 0– TCVA_DRCODE_00113 6 | Dresser Source Code | X | |
| 230 | TCVA_DRCODE_00116 7– TCVA_DRCODE_00118 1 | Dresser Source Code | X | |
| 231 | TCVA_DRCODE_00118 5– TCVA_DRCODE_00123 5 | Dresser Source Code | X | |

| No. | Previous Designation | Description | Offer | |
|---|---|---|---|---|
| | | | Expect | If Need Arises |
| 232 | TCVA_DRCODE_001146–TCVA_DRCODE_001147 | Dresser Source Code | X | |
| 233 | VF0000001–VF0000011 | Verifone ISD Software Release Notes | X | |
| 234 | Cited in  Grimes's Rebuttal Report on Invalidity | U.S. Patent No. 4,107,777 | X | |
| 235 | Cited in  Grimes's Rebuttal Report on Invalidity | U.S. Patent No. 4,395,627 | X | |
| 236 | Cited in  Grimes's Rebuttal Report on Invalidity | U.S. Patent No. 4,199,100 | X | |
| 237 | Cited in  Grimes's Rebuttal Report on Invalidity | U.S. Patent No. 4,630,754 | X | |
| 238 | Appendix A to Grimes's Rebuttal Report on Invalidity | CV of Dr. Jack Grimes | X | |
| 239 | Exhibit 1 to Grimes's Rebuttal Report on Invalidity | "Real-Time Design Patterns: Robust Scalable Architecture for Real-Time Systems," by Bruch Douglass | X | |
| 240 | D000496–D000538 | Nucleus Overview | X | |
| 241 | D000350–D000410 | CHS Nucleus | X | |
| 242 | BP_SC0000308–BP_SC0000474 | CAT Code for Dresser | X | |
| 243 | BP_SC0000149–BP_SC0000182 | iGEM Code for Dresser | X | |
| 244 | BP_SC0000581–BP_SC0000723 | iGEM Code for Dresser | X | |
| 245 | BP_SC0000835–BP_SC0000995 | iGEM Code for Dresser | X | |
| 246 | BP_SC0000485–BP_SC0000579 | Nucleus Code for Dresser | X | |
| 247 | VF_0001908–VF_0002196 | Ruby Supersystem Sales Reference | X | |
| 248 | VF_0003044–VF_0003331 | Ruby Supersystem Sales Reference | X | |

| No. | Previous Designation | Description | Offer | |
|-----|---------------------|-------------|-------|-----------|
| | | | Expect | If Need Arises |
| 249 | VF_0005025–VF_0005260 | Ruby Supersystem Sales Reference | X | |
| 250 | VF_0004052–VF_0004264 | Ruby Supersystem Sales Reference | X | |
| 251 | VERIFONE_SC_00000475–VERIFONE_SC_00000476 | Verifone Source Code | X | |
| 252 | TCVA_VFCODE_001043 – TCVA_VFCODE_001051 | Verifone Source Code | X | |
| 253 | TCVA_VFCODE_000251 | Verifone Source Code | X | |
| 254 | TCVA_VFCODE_000246 – TCVA_VFCODE_000254 | Verifone Source Code | X | |
| 255 | DI15919–DI15933 | Ellard deposition exhibit 2 | X | |
| 256 | | Exhibit 3 to Mulhern Report | X | |
| 257 | | Exhibit 4 to Mulhern Report | X | |
| 258 | | Exhibit 5 to Mulhern Report | X | |
| 259 | | Exhibit 6 to Mulhern Report | X | |
| 260 | | Exhibit 7 to Mulhern Report | X | |
| 261 | | Exhibit 8 to Mulhern Report | X | |
| 262 | | Exhibit 9 to Mulhern Report | X | |
| 263 | | Exhibit 10 to Mulhern Report | X | |
| 264 | | Exhibit 11 to Mulhern Report | X | |

| No. | Previous Designation | Description | Offer | |
|-----|---------------------|-------------|--------|--------|
| | | | **Expect** | **If Need Arises** |
| 265 | | Original file copies of documents produced as BP_000069–BP_007897 and BP_009728–BP_012114 | X | |
| 266 | TOC 20439 | Disk showing code created by Steven Bond | | X |
| 267 | | Dresser Systems source code for the Nucleus Base Version "N0922S" and Nucleus Application Version CHOI16D | | X |

B&P has not listed its experts' reports as exhibits because it believes they are inadmissible as hearsay. If, however, Touchcom Technologies, Inc. offers its experts' reports and the Court accepts them over B&P's objection, B&P reserves the right to supplement its exhibit list by adding the following expert reports:

1. Expert Report of Jack D. Grimes, Ph.D. on the Invalidity of U.S. Patent No. 5,027,282 (June 25, 2010).

2. Rebuttal Expert Report of Jack D. Grimes, Ph.D. on the Invalidity of U.S. Patent No. 5,027,282 (July 16, 2010).

3. Rebuttal Expert Report of Jack D. Grimes, Ph.D. on the Non-Infringement of U.S. Patent No. 5,027,282 (July 16, 2010).

4. Second Rebuttal Expert Report of Jack D. Grimes, Ph.D. on the Non-Infringement of U.S. Patent No. 5,027,282 (July 28, 2010).

5. Third Rebuttal Expert Report of Jack D. Grimes, Ph.D. on the Non-Infringement of U.S. Patent No. 5,027,282 (August 11, 2010).

6. Expert Report of Carla S. Mulhern (July 16, 2010).

7. Report of Paul M. Janicke (July 15, 2010).

8. Expert Report of Rollie White Regarding Market Analysis Related to Fuel Dispensers and U.S. Patent No. 5,027,282 (July 16, 2010).

Dated:  August 17, 2011                    Respectfully submitted,

                                           /s/ Monplaisir G. Hamilton
                                           Monplaisir G. Hamilton
                                               Virginia Bar No. 76005
                                           Peter E. Strand (*pro hac vice*)
                                               D.C. Bar No. 481870
                                           SHOOK, HARDY & BACON L.L.P.
                                           1155 F Street, N.W., Suite 200
                                           Washington, D.C. 20004
                                           202-783-8400 – Telephone
                                           202-783-4211 – Facsimile

                                           and

                                           John H. Martin (*pro hac vice*)
                                               Texas State Bar No. 13086500
                                           J. Michael Heinlen (*pro hac vice*)
                                               Texas State Bar No. 24032287
                                           THOMPSON & KNIGHT L.L.P.
                                           1722 Routh Street, Suite 1500
                                           Dallas, Texas 75201
                                           214-969-1700 – Telephone
                                           214-969-1751 – Facsimile

                                           ATTORNEYS FOR DEFENDANTS
                                           BERESKIN & PARR AND H. SAMUEL FROST

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2011, I served the foregoing document by electronic mail on the

following counsel for Plaintiff:

Daniel Donohoe Prichard
DOW LOHNES & ALBERTSON PLLC
1200 New Hampshire Ave. NW, Suite 800
Washington, D.C.  20036


Michael S. Shuster
Sheron Korpus
Alycia Regan Benenati
KASOWITZ BENSON TORRES & FRIEDMAN L.L.P.
1633 Broadway
New York, NY 10019


/s/ Monplaisir G. Hamilton
Monplaisir G. Hamilton


2775025.1