IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TOUCHCOM, INC. and TOUCHCOM TECHNOLOGIES, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 1:07-cv-00114-JCC-TCB<br>) |
| BERESKIN & PARR and H. SAMUEL FROST, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**NOTICE OF PLAINTIFF'S DEPOSITION AND**
**ARBITRATION TESTIMONY DESIGNATIONS**

Plaintiff Touchcom Technologies, Inc. ("Plaintiff") hereby submits the following index of deposition and arbitration testimony designations which may be offered in evidence at trial, exclusive of designations to be offered for rebuttal and/or impeachment purposes.[1]  Plaintiff reserves the right to use any of the Defendants' designations at trial.  Plaintiff reserves the right to decline to present the designated testimony.

---

[1] Pursuant to the parties' agreement, Plaintiff expects to present witnesses Peter Myers and Kenneth Taylor through their arbitration testimony in *In the Matter of the Arbitration Between Dresser, Inc. v. Touchcom Inc. and Touchcom Technologies, Inc.*, International Centre for Dispute Resolution, Case No. 50T 133 00024 04, in addition to the deposition testimony set forth below.

**Designated Deposition Testimony**

| Witness | Deposition Date | Designations |
|---|---|---|
| Bond, John Steven | 10/25/2005 | 6:3-4, 50:4-15, 74:6-75:10, 79:1-7, 86:25-87:8, 89:6-10, 90:11-16, 188:2-5, 270:11-15 |
| Ellard, Jaired | 10/18/2005 | 4:25-5:3, 9:10-10:4, 41:11-12, 41:18-42:2, 44:22-45:17, 68:15-19, 70:7-71:8, 73:24-74:16 |
| Frost, H. Samuel | 5/27/2010 | 7:17-10:12, 11:25-12:11, 13:9-13, 14:2-9, 15:1-4, 17:14-22, 18:4-21, 20:8-21, 21:3-13, 21:21-22:21, 23:16-19, 24:4-19, 25:11-20, 26:1-27:3, 27:10-12, 27:13-28:23, 29:4-19, 31:4-22, 32:6-9, 32:18-20, 33:24-37:6, 39:5-7, 39:12-14, 40:6-10, 40:23-41:9, 42:19-43:4, 43:10-45:4, 45:5-46:23, 47:3-6, 47:7-50:4, 51:2-53:3, 54:20-57:5, 57:19-58:20, 59:16-25, 61:24-62:22, 64:3-7, 66:10-67:9, 67:15-73:9, 74:6-9, 74:23-75:19, 78:14-23, 79:2-85:24, 86:15-87:12, 87:17-90:24, 91:9-94:3, 95:10-97:9, 99:14-100:1, 100:7-101:1, 101:23-102:18, 104:2-105:6, 105:15-106:19, 108:8-111:25, 112:5-13, 112:21-113:10, 113:18-117:14, 118:4-22, 119:6-120:1, 120:22-124:6, 127:5-24, 128:17-128:25, 129:2-10, 130:1-15, 131:8-22, 131:25-132:12, 133:18-22, 134:7-16, 134:23-135:20, 137:14-138:5, 140:9-142:3, 143:7- |

| Witness | Deposition Date | Designations |
|---|---|---|
| | | 147:8, 151:16-153:10, 154:17-156:12, 158:19-162:6, 162:12-163:5, 163:15-164:7, 164:17-170:10 |
| Frost, H. Samuel | 11/25/2005 | 1:3-21, 6:19-7:14, 7:15-8:22, 13:15-18, 14:1-20, 23:20-24:4, 24:24-25, 25:1-12, 29:21-30:14, 33:17-21, 34:25-35:6, 35:7-10, 35:14-20, 36:13-37:1, 39:15-23, 39:24-40:2, 41:16-42:1, 43:1-21, 45:15-46:1, 47:10-13, 47:14-24, 47:25-49:7, 50:1-13, 75:21-76:12 |
| Martinez, Carlos | 5/20/2010 | 6:4-6, 6:9-10, 7:8-8:20, 10:11-23, 10:24-11:8, 11:11-12:2, 12:12-14, 13:3-14:7, 14:20-16:16, 16:25-17:23, 21:17-22:13, 22:17-23:5, 23:16-24:17, 25:24-26:8, 27:6-28:1, 39:11-15, 42:24-43:5, 45:11-46:16, 46:17-47:8, 47:9-48:22, 48:23-49:25, 53:20-25, 54:1-13, 54:14-55:15, 55:16-56:20, 56:21-57:2, 57:3-58:3, 58:14-61:25, 62:1-18, 62:19-64:5, 64:19-65:23, 65:24-67:23, 70:19-72:17, 76:19-78:6, 81:15-82:4, 84:15-85:8, 86:10-88:1, 91:2-92:8, 92:20-21, 94:17-96:23, 99:10-101:10, 102:25-103:19, 107:24-109:16, 109:17-110:23, 111:19-113:1, 114:12-23, 114:24-115:6, 116:12-16, 118:11-119:4, 120:1-121:18, 122:16-123:5, 123:21- |

| Witness | Deposition Date | Designations |
|---|---|---|
| | | 125:23 |
| Myers, Jr., Peter Caverno | 7/26/2004 | 4:22-25, 4:25-5:7, 7:21-8:13, 8:14-18, 9:3-10:5, 21:7-13, 26:21-27:14, 36:9-38:17, 40:22-41:19, 71:5-8, 76:4-14, 76:24-77:7, 88:17-19, 102:6-10, 106:19-107:3, 108:13-18, 110:9-18 |
| Olsson, Mats E. | 6/3/2010 | 6:13-14, 6:17-8:2, 8:4-9:16, 11:5-9, 11:13-13, 11:19-22, 12:1-5, 12:14-14, 12:16-20, 13:2-5, 13:20-14:6, 14:7-11, 14:19-15:2, 15:3-6, 15:22-17:22, 18:4-19:2, 21:4-13, 22:14-24:7, 24:8-25:5, 25:6-21, 25:23-26:9, 26:10-20, 27:7-12, 37:5-16, 40:12-42:1, 46:2-48:5, 54:24-55:11, 55:16-23, 56:8-15, 56:18-59:3, 59:4-17, 60:15-20, 60:21-61:10, 62:18-64:13, 64:25-65:6, 65:25-66:14, 67:1-10, 67:11-14, 73:24-75:20, 76:2-21, 82:7-18, 82:19-83:3, 83:4-7, 83:19-85:2, 85:12-86:1, 88:19-89:6, 92:14-17, 92:18-93:23, 94:4-24, 100:3-102:14, 102:15-21, 102:22-103:13, 104:7-105:5, 105:6-107:25, 108:18-109:25, 110:1-4, 110:5-111:1, 111:2-22, 112:21-113:3, 118:22-119:9, 119:10-16, 119:17-120:11, 121:12-122:1, 122:2-18, 122:24-123:6, 123:9-17, 127:25-128:6, 130:6-132:12, |

| Witness | Deposition Date | Designations |
|---|---|---|
| | | 132:13-133:7, 133:8-21, 134:14-135:18, 135:19-24, 135:25-136:22, 136:23-137:15, 137:23-138:2, 138:11-139:12, 140:5-8, 140:13-142:3, 142:6-143:20, 144:10-17, 144:18-145:14, 146:9-16, 147:10-13, 147:21-150:3, 150:21-155:23, 156:13-160:13, 160:14-25, 161:7-162:15, 173:7-174:3, 179:6-180:4 |
| Ryan, John P. | 8/28/2004 | 4:6-11, 4:11-13, 4:14-17, 5:24-7:1, 7:2-7, 7:8-18, 36:11-37:1, 37:2-6, 40:14-41:2, 41:3-25, 42:1-13, 43:11-44:3, 44:4-17, 44:21-23, 45:5-46:10, 46:21-24, 46:25-47:11, 59:13-21 |
| Taylor, Kenneth William | 7/27/2004 | 5:22-24, 5:25-6:1, 6:2-9, 6:10-16, 6:17-19, 7:4-11, 8:8-12, 15:17-17:1, 17:2-12, 17:13-19, 18:7-18, 18:19-19:23, 20:4-20, 21:12-23, 21:24-23:8, 23:9-24:2, 24:10-21, 25:17-26:3, 26:4-12, 26:25-27:4, 33:1-10, 33:21-34:7, 34:8-14, 36:10-18, 36:19-37:12, 37:13-38:4, 38:5-13, 38:14-39:10, 73:1-16, 73:17-75:1, 75:2-77:1, 77:2-78:22, 89:12-25, 90:1-16, 90:17-23, 90:24-91:5, 91:7-25, 95:4-96:5, 96:6-14, 102:5-10, 102:19-103:18, 104:7-14, 104:15-105:10, 106:5-13, 106:20-108:2, 108:3-109:9, |

| Witness | Deposition Date | Designations |
|---|---|---|
| | | 110:24-111:7, 111:8-19, 112:20-113:5, 118:10-14, 118:15-119:9, 119:10-25, 120:1-121:14, 121:24-122:16, 123:17-20, 123:21-124:7, 127:23-128:18, 128:19-25, 135:5-22 |
| White III, Rollie Howard | 8/10/2010 | 5:24-6:11, 6:12-20, 7:12-8:22, 8:23-9:8, 9:9-24, 14:13-17, 21:10-12, 27:9-15, 29:13-16, 29:17-22, 29:23-30:25, 31:1-15, 31:16-32:9, 32:10-33:3, 33:4-12, 61:4-23, 61:24-62:6, 63:2-15, 64:1-19, 74:3-18, 74:19-21, 74:22-75:5, 75:6-17, 76:25-77:19, 78:21-25, 79:4-22, 80:14-81:6, 81:17-82:4, 82:5-83:9, 87:25-88:21, 88:22-89:11, 89:19-90:23, 90:24-91:2, 95:22-25, 120:16-121:11, 121:20-123:12, 124:9-125:12, 125:13-14, 125:15-126:9, 126:10-128:6, 128:7-129:3, 129:4-5, 129:6-21, 129:22-131:13, 131:22-132:19 |
| White III, Rollie Howard | 7/28/2004 | 4:17-5:22, 5:23-25, 17:5-15, 17:16-24, 17:25-18:3, 23:7-11, 72:2-14, 79:21-80:4, 80:17-23 |
| Wilkes, Robert | 5/26/2010 | 6:10-18, 18:14-23, 18:24-19:3, 31:13-35:4, 35:5-8, 35:9-36:19, 37:17-38:24, 39:8-15, 40:17-41:7, 41:17-24, 42:2-4, 45:12-17, 56:9-57:9, 60:6-10, 62:15-66:24, 68:6-9, 69:2-9, 79:8-13, 87:12-89:5, |

| Witness | Deposition Date | Designations |
|---|---|---|
| | | 90:11-23, 91:10-92:22, 96:22-97:4, 98:7-99:19, 99:20-23, 99:24-100:11, 101:17-104:5, 109:18-110:17, 111:17-112:6, 122:24-123:1, 123:2-124:3, 145:24-146:2 |
| Yienger, Daniel | 6/29/2010 | 6:7-10, 6:16-18, 6:19-7:18, 7:19-8:15, 9:5-11:1, 11:7-13:10, 13:13-20:5, 20:6-13, 21:2-7, 21:11-13, 21:17-23, 21:24-22:15, 22:24-23:15, 24:5-25:12, 27:15-30:3, 30:6-20, 30:21-31:25, 32:13-19, 32:20-33:12, 44:10-46:1, 46:4-21, 47:1-49:24, 50:1-5, 50:23-51:2, 52:12-54:4, 55:1-7, 56:17-22, 56:24-25, 59:14-24, 60:2-16, 61:21-62:1, 62:7-11, 62:14-16, 62:17-20, 62:21-63:7, 63:11-64:14, 64:15-65:6, 65:10-23, 66:2-23, 67:3-19, 67:21-68:15, 68:16-19, 68:22-69:3, 69:4-7, 69:15-70:15, 70:23-72:5, 72:9-74:15, 74:20-75:1, 75:2-9, 76:5-10, 76:13-13, 80:8-23 |

/

/

/

/

/

**Designated Arbitration Testimony**

| Witness | Designations |
|---|---|
| Myers, Jr., Peter Caverno | 273:7-274:13, 275:5-275:13, 276:14-277:2, 282:5-283:3, 283:4-13, 296:16-297:6, 347:19-349:1 |
| Taylor, Kenneth William | 420:22-422:20, 424:11-424:21, 429:20-430:9, 431:19-432:17, 434:17-435:16, 444:2-8, 447:11-450:6, 492:12-496:1, 500:11-501:8, 509:21-510:1, 519:4-521:11, 527:13-529:11, 568:2-571:19, 593:16-597:4, 599:3-21; 601:5-602:7, 694:6-695:10 |

Respectfully submitted this 18th day of August, 2011.

Michael S. Shuster (pro hac vice)
Sheron Korpus (pro hac vice)
Monica Bhattacharyya (pro hac vice)
Alycia Regan Benenati (pro hac vice)
*Attorneys for Plaintiff*
*Touchcom Technologies, Inc.*
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

/s/
Daniel D. Prichard
VSB No. 45766
*Attorney for Plaintiff*
*Touchcom Technologies, Inc.*
DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W.,
Suite 800
Washington, DC 20036-6802
Tel: (202) 776-2374
Fax: (202) 776-4374
dprichard@dowlohnes.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, August 18th, 2011, I will electronically file the foregoing PLAINTIFF'S DEPOSITION AND ARBITRATION TESTIMONY DESIGNATIONS with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Monplaisir G. Hamilton
Peter Strand
Shook, Hardy & Bacon L.L.P.
1155 F Street, NW, Suite 200
Washington, D.C. 20004-1305
mhamilton@shb.com
pstrand@shb.com

John H. Martin
J. Michael Heinlen
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
john.martin@tklaw.com
Michael.Heinlen@tklaw.com

_____/s/_____

Daniel D. Prichard
VSB No. 45766
*Attorney for Plaintiff Touchcom Technologies, Inc.*
DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W., Suite 800
Washington, DC 20036-6802
Tel: (202) 776-2374
Fax: (202) 776-4374
dprichard@dowlohnes.com