# United States District Court
## PRETRIAL CONFERENCE

Time:  10:00 a.m. - 10:05 a.m.           Case # 1:07cv00114-JCC

Date: August 18, 2011

Title  Touchcom, Inc., et al. V. Bereskin & Parr, et al.,

---

DOCKET ENTRY:    **Final Pretrial Conference**

---

PRESENT:    HONORABLE    **Anthony J. Trenga**   , Presiding FOR JCC

Kristina Brown
Deputy Clerk

---

**APPEARANCES:**
Counsel for:    Plaintiff [ ✘ ]    Defendant [ ✘ ]    Pro-Se [   ]

**TRIAL:**
[ ✘ ] Case set for trial by **JURY** on  **October 24, 2011**  at **10:00 a.m.**  *(Est. Length: 2 weeks)* before JCC
[ ] Case set for trial by **COURT** on _____ at ____

**FILED:**
[   ] Plaintiff's Witness List
[   ] Plaintiff's Exhibit List
[   ] Defendant's Witness List
[   ] Defendant's Exhibit List

Objections to exhibits and Witness List to be filed within _____ days.

- Counsel advises that a private mediation is scheduled for: 09/07/2011.
- Pltf advised Court of issues re: pretrial disclosures - - Counsel directed to take issue(s) up w/ Judge Cacheris or Judge Buchanan.
- Pltf advises Court of inconsistency w/ deadlines in the Scheduling Order and the Local Rule - - Court directed to take issue up w/ Judge Cacheris.