**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| TOUCHCOM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BERESKIN & PARR AND <br> H. SAMUEL FROST, <br><br> Defendants. | Civil Action No. 1:07-cv-00114 |

## OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBIT LIST

In accordance with Rule 26(a)(3)(A)(iii) and the Court's Order setting pretrial deadlines (ECF No. 222), Bereskin & Parr and H. Samuel Frost (collectively, "B&P") submit the following objections to Plaintiff's Trial Exhibit List. B&P submits these objections to Plaintiff's Trial Exhibit List without waiving any of its rights, including the right to amend or supplement these objections.

| Exhibit No. | Objections |
|---|---|
| 4 | Relevance |
| 5 | Rule 403 (Cumulative – duplicate of Exhibit 4) |
| 6 | Relevance |
| 27 | Rule 403 (Cumulative – duplicate of Exhibit 23) |
| 28 | Rule 403 (Cumulative – duplicate of Exhibit 23) |
| 33 | Relevance |
| 34 | Relevance |
| 36 | Rule 403 (Cumulative – duplicate of Exhibit 35) |
| 39 | Relevance |
| 41 | Relevance <br> Rule 403 (Confusing and Misleading) |
| 42 | Relevance <br> Rule 403 (Confusing and Misleading) |
| 46 | Relevance |

| Exhibit No. | Objections |
|---|---|
| 49 | Relevance |
| 51 | Relevance<br>Rule 403 (Confusing and Misleading)<br>Hearsay |
| 52 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 53 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 54 | Relevance<br>Hearsay |
| 55 | Relevance |
| 56 | Relevance<br>Hearsay |
| 57 | Relevance |
| 58 | Relevance |
| 59 | Hearsay |
| 63 | Hearsay<br>Relevance |
| 65 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 69 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |
| 79 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 86 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |
| 87 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |
| 89 | Relevance<br>Hearsay |
| 90 | Relevance<br>Hearsay |
| 91 | Relevance<br>Hearsay |
| 93 | Relevance<br>Hearsay |
| 98 | Relevance |
| 99 | Relevance<br>Hearsay |

– 3 –

| Exhibit No. | Objections |
|---|---|
| 100 | Relevance<br>Hearsay |
| 101 | Relevance<br>Hearsay |
| 102 | Relevance |
| 103 | Hearsay |
| 104 | Hearsay |
| 105 | Hearsay |
| 106 | Relevance<br>Hearsay |
| 107 | Hearsay |
| 109 | Relevance<br>Hearsay |
| 110 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 111 | Relevance<br>Hearsay |
| 113 | Relevance |
| 114 | Relevance |
| 118 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 119 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 120 | Relevance<br>Hearsay |
| 121 | Relevance |
| 122 | Relevance<br>Hearsay |
| 123 | Relevance |
| 124 | Relevance |
| 125 | Relevance |
| 126 | Relevance |
| 127 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 128 | RelevanceHearsay |
| 129 | Relevance |
| 130 | Relevance<br>Hearsay |
| 131 | Relevance<br>Rule 403 (Confusing and Misleading) |

| Exhibit No. | Objections |
|---|---|
| 132 | Relevance<br>Hearsay |
| 133 | Relevance |
| 134 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 135 | Hearsay |
| 136 | Relevance |
| 137 | Relevance |
| 138 | Relevance |
| 139 | Relevance<br>Hearsay |
| 140 | Relevance |
| 141 | Relevance<br>Hearsay<br>Rule 304 (Confusing and Misleading) (file mark) |
| 142 | Relevance<br>Hearsay<br>Rule 304 (Confusing and Misleading) |
| 149 | Hearsay |
| 151 | Rule 403 (Cumulative – duplicate of Exhibit 59)<br>Hearsay |
| 153 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |
| 154 | Relevance<br>Hearsay |
| 160 | Relevance<br>Hearsay<br>Foundation |
| 170 | Relevance<br>Hearsay |
| 187 | Relevance<br>Hearsay |
| 251 | Relevance |
| 252 | Relevance<br>Hearsay |
| 253 | Relevance<br>Hearsay |
| 255 | Rule 403 (Cumulative – duplicate of Exhibit 254) |
| 261 | Hearsay<br>Rule 403 (Cumulative) (exhibits) |
| 263 | Relevance |

| Exhibit No. | Objections |
|---|---|
| 264 | Relevance |
| 266 | Rule 403 (Cumulative – duplicate of Exhibit 75) |
| 268 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 269 | Relevance |
| 274 | Rule 403 (Cumulative – duplicate of Exhibit 39)<br>Relevance |
| 275 | Rule 403 (Cumulative – duplicate of Exhibit 47) |
| 277 | Rule 403 (Cumulative – duplicate of Exhibit 35) |
| 278 | Relevance |
| 279 | Rule 403 (Cumulative – duplicate of Exhibit 66) |
| 281 | Hearsay |
| 284 | Hearsay |
| 289 | Hearsay |
| 295 | Hearsay |
| 298 | Hearsay |
| 300 | Hearsay |
| 303 | Hearsay |
| 304 | Hearsay |
| 305 | Hearsay |
| 306 | Hearsay |
| 307 | Hearsay |
| 308 | Hearsay |
| 309 | Hearsay |
| 310 | Hearsay |
| 311 | Hearsay |
| 312 | Hearsay |
| 313 | Hearsay |
| 314 | Hearsay |
| 315 | Hearsay |
| 316 | Hearsay |
| 317 | Hearsay |
| 318 | Hearsay |
| 319 | Hearsay |
| 320 | Hearsay |
| 321 | Rule 403 (Cumulative – duplicate of Exhibit 1) |
| 322 | Relevance<br>Hearsay |
| 323 | Relevance<br>Hearsay |

| Exhibit No. | Objections |
|---|---|
| 328 | RelevanceHearsay Rule 403 (Confusing and Misleading) |
| 333 | Rule 403 (Cumulative – duplicate of Exhibit 326) |
| 335 | Rule 403 (Cumulative – duplicate of Exhibit 324) |
| 339 | Relevance<br>Hearsay |
| 341 | Rule 403 (Cumulative – duplicate of Exhibit 338) |
| 342 | Rule 403 (Cumulative – duplicate of Exhibit 337) |
| 344 | Relevance<br>Hearsay |
| 348 | Relevance<br>Hearsay |
| 349 | Rule 403 (Cumulative – duplicate of Exhibit 166) |
| 359 | Relevance<br>Hearsay |
| 362 | Relevance<br>Hearsay |
| 363 | Rule 403 (Cumulative – duplicate of Exhibit 343) |
| 365 | Rule 403 (Cumulative – duplicate of Exhibit 324) |
| 367 | Relevance<br>Hearsay |
| 368 | Relevance<br>Hearsay |
| 369 | Rule 403 (Cumulative – duplicate of Exhibit 191) |
| 370 | Rule 403 (Cumulative – duplicate of Exhibit 14) |
| 371 | Relevance<br>Hearsay |
| 372 | Relevance<br>Hearsay |
| 373 | Relevance<br>Hearsay |
| 374 | Relevance<br>Hearsay |
| 385 | Relevance |
| 386 | Relevance |

| Exhibit No. | Objections |
|---|---|
| 387 | Relevance<br>Hearsay |
| 388 | Hearsay |
| 409 | Relevance<br>Hearsay |
| 410 | Hearsay |
| 411 | Relevance<br>Hearsay |
| 413 | Relevance<br>Hearsay |
| 414 | Relevance<br>Hearsay |
| 415 | Relevance<br>Hearsay |
| 416 | Rule 403 (Cumulative – duplicate of Exhibit 263) |
| 418 | Relevance<br>Hearsay |
| 420 | Relevance<br>Hearsay |
| 421 | Relevance<br>Hearsay |
| 422 | Relevance |
| 423 | Rule 403 (Cumulative – duplicate of Exhibit 31) |
| 424 | Relevance |
| 427 | Relevance<br>Hearsay |
| 428 | Relevance<br>Hearsay |
| 429 | Relevance<br>Hearsay |
| 430 | Relevance<br>Hearsay |
| 435 | Rule 403 (Cumulative) |
| 436 | Rule 403 (Cumulative) |
| 437 | Rule 403 (Cumulative – duplicate of Exhibit 436) |
| 438 | Rule 403 (Cumulative) |
| 441 | Relevance |
| 453 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |
| 458 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |

| Exhibit No. | Objections |
|---|---|
| 459 | Relevance<br>Hearsay |
| 460 | Relevance<br>Hearsay |
| 461 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 462 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 463 | RelevanceRule 403 (Confusing and Misleading) |
| 464 | Rule 403 (Cumulative – duplicate of Exhibit 276) |
| 465 | Relevance<br>Hearsay |
| 466 | Relevance<br>Hearsay |
| 467 | Relevance<br>Hearsay (handwriting)<br> (handwriting) |
| 468 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 469 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 470 | Relevance<br>Rule 403 (Confusing and Misleading),  (handwriting) |
| 473 | Relevance<br>Hearsay |
| 474 | Relevance<br>Hearsay |
| 475 | Relevance<br>Hearsay |
| 476 | Relevance<br>Hearsay |
| 477 | Relevance<br>Hearsay |
| 478 | Relevance<br>Hearsay |
| 480 | Relevance<br>Rule 403 (Confusing and Misleading) |

| Exhibit No. | Objections |
|---|---|
| 481 | Relevance<br>Rule 403 (Confusing and Misleading) |
| 482 | Rule 403 (Cumulative – duplicate of Exhibit 131) |
| 483 | Relevance<br>Rule 403 (Confusing and Misleading)<br>Relevance |
| 484 | Relevance |
| 485 | Rule 403 (Cumulative – duplicate of Exhibit 137) |
| 486 | Relevance |
| 487 | Relevance<br>Hearsay |
| 488 | RelevanceHearsay Rule 403 (Confusing and Misleading) |
| 489 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |
| 490 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |
| 491 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |
| 492 | Relevance<br>Hearsay<br>Rule 403 (Confusing and Misleading) |
| 493 | Relevance<br>Hearsay |
| 494 | Relevance<br>Hearsay |
| 495 | Rule 403 (Cumulative – duplicate of Exhibit 343) |

Dated:  August 29, 2011							Respectfully submitted,


								/s/ Monplaisir G. Hamilton
								Monplaisir G. Hamilton
								   Virginia Bar No. 76005
								Peter E. Strand (*pro hac vice*)
								   D.C. Bar No. 481870
								SHOOK, HARDY & BACON L.L.P.
								1155 F Street, N.W., Suite 200
								Washington, D.C. 20004
								202-783-8400 – Telephone
								202-783-4211 – Facsimile

								and

								John H. Martin (*pro hac vice*)
								   Texas State Bar No. 13086500
								J. Michael Heinlen (*pro hac vice*)
								   Texas State Bar No. 24032287
								THOMPSON & KNIGHT L.L.P.
								1722 Routh Street, Suite 1500
								Dallas, Texas 75201
								214-969-1700 – Telephone
								214-969-1751 – Facsimile

								ATTORNEYS FOR DEFENDANTS
								BERESKIN & PARR AND H. SAMUEL FROST

## CERTIFICATE OF SERVICE

I certify that on August 29, 2011, I served the foregoing document by electronic mail on the following counsel for Plaintiff:

Daniel Donohoe Prichard
DOW LOHNES & ALBERTSON PLLC
1200 New Hampshire Ave. NW, Suite 800
Washington, D.C. 20036


Michael S. Shuster
Sheron Korpus
Alycia Regan Benenati
KASOWITZ BENSON TORRES & FRIEDMAN L.L.P.
1633 Broadway
New York, NY 10019

      /s/ Monplaisir G. Hamilton
      Monplaisir G. Hamilton