TOUCHCOM TECHNOLOGIES, INC.,

    Plaintiff,

v.

BERESKIN & PARR AND
H. SAMUEL FROST,

    Defendants.

Civil Action No. 1:07-cv-00114

## DEFENDANTS' COUNTER DEPOSITION DESIGNATIONS

Bereskin & Parr and H. Samuel Frost submit the following pretrial counter deposition designations.

| John S. Bond (10/25/05) ||
| --- | --- |
| **Begin Page & Line No.** | **End Page & Line No.** |
| 49:18 | 50:3 |
| 78:22 | 79:10 |
| 187:13 | 188:1 |

| Jaired Ellard (10/18/05) ||
| --- | --- |
| **Begin Page & Line No.** | **End Page & Line No.** |
| 41:11 | 41:12 |
| 41:18 | 46:10 |

| Jaired Ellard (10/18/05) ||
|---|---|
| **Begin Page & Line No.** | **End Page & Line No.** |
| 69:17 | 71:04 |
| 71:08 | 71:22 |
| 71:24 | 72:02 |

| H. Samuel Frost (5/27/10) ||
|---|---|
| **Begin Page & Line No.** | **End Page & Line No.** |
| 14:10 | 14:25 |
| 20:22 | 21:2 |
| 22:22 | 23:2 |
| 24:20 | 25:10 |
| 25:21 | 25:25 |
| 40:11 | 40:13 |
| 41:10 | 42:18 |
| 50:5 | 50:15 |
| 53:16 | 53:21 |
| 127:25 | 128:7 |

| H. Samuel Frost (1/18/05) ||
| --- | --- |
| **Begin Page & Line No.** | **End Page & Line No.** |
| 14:21 | 15:4 |
| 24:5 | 24:23 |
| 25:13 | 25:23 |
| 42:2 | 42:18 |
| 46:2 | 46:10 |

| Carlos Martinez (5/20/10) ||
| --- | --- |
| **Begin Page & Line No.** | **End Page & Line No.** |
| 16:17 | 16:24 |
| 17:24 | 18:3 |
| 23:6 | 23:15 |
| 39:16 | 39:20 |
| 64:6 | 64:18 |
| 69:21 | 70:18 |
| 72:18 | 72:18 |
| 85:9 | 86:9 |
| 88:2 | 90:20 |
| 116:17 | 118:10 |

| Mats Olsson (6/3/10) ||
| --- | --- |
| **Begin Page & Line No.** | **End Page & Line No.** |
| 11:10 | 11:12 |
| 12:6 | 12:13 |
| 19:3 | 19:11 |
| 20:14 | 21:3 |
| 55:12 | 55:15 |
| 55:24 | 55:24 |
| 56:16 | 56:17 |
| 64:14 | 64:19 |
| 66:15 | 66:19 |
| 67:15 | 67:23 |
| 83:8 | 83:18 |
| 85:3 | 85:11 |
| 89:7 | 89:24 |
| 90:9 | 91:22 |
| 123:7 | 123:8 |
| 123:18 | 123:18 |
| 139:13 | 140:4 |
| 147:14 | 147:19 |
| 155:24 | 156:2 |

| Rollie White (7/28/04) ||
|---|---|
| Begin Page & Line No. | End Page & Line No. |
| 80:5 | 80:16 |
| 80:24 | 81:23 |

| Rollie White (8/10/10) ||
|---|---|
| Begin Page & Line No. | End Page & Line No. |
| 63:16 | 63:25 |
| 64:20 | 67:17 |
| 75:18 | 76:24 |
| 83:10 | 83:17 |
| 89:12 | 89:15 |

| Daniel Yienger (6/29/10) ||
|---|---|
| Begin Page & Line No. | End Page & Line No. |
| 21:8 | 21:9 |
| 21:14 | 21:15 |
| 22:23 | 22:23 |
| 23:16 | 23:24 |
| 24:1 | 24:3 |

| Daniel Yienger (6/29/10) | |
|---|---|
| **Begin Page & Line No.** | **End Page & Line No.** |
| 25:14 | 25:21 |
| 46:2 | 46:2 |
| 56:23 | 56:23 |
| 59:25 | 59:25 |
| 62:12 | 62:12 |
| 63:8 | 63:10 |
| 65:7 | 65:8 |
| 65:24 | 65:25 |
| 66:24 | 66:24 |
| 67:20 | 67:20 |
| 68:20 | 68:21 |
| 76:11 | 76:11 |
| 80:24 | 81:2 |

Dated: September 1, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Monplaisir G. Hamilton
　　　　　　　　　　　　　　　　　　　Monplaisir G. Hamilton
　　　　　　　　　　　　　　　　　　　　　Virginia Bar No. 76005
　　　　　　　　　　　　　　　　　　　Peter E. Strand (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 481870
　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　1155 F Street, N.W., Suite 200
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　202-783-8400 – Telephone
　　　　　　　　　　　　　　　　　　　202-783-4211 – Facsimile

　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　John H. Martin (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 13086500
　　　　　　　　　　　　　　　　　　　J. Michael Heinlen (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24032287
　　　　　　　　　　　　　　　　　　　THOMPSON & KNIGHT L.L.P.
　　　　　　　　　　　　　　　　　　　1722 Routh Street, Suite 1500
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　214-969-1700 – Telephone
　　　　　　　　　　　　　　　　　　　214-969-1751 – Facsimile

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANTS
　　　　　　　　　　　　　　　　　　　BERESKIN & PARR AND H. SAMUEL FROST

CERTIFICATE OF SERVICE

I certify that on September 1, 2011, I served the foregoing document by electronic mail on the following counsel for Plaintiff:

Daniel Donohoe Prichard
DOW LOHNES & ALBERTSON PLLC
1200 New Hampshire Ave. NW, Suite 800
Washington, D.C. 20036


Michael S. Shuster
Sheron Korpus
Alycia Regan Benenati
KASOWITZ BENSON TORRES & FRIEDMAN L.L.P.
1633 Broadway
New York, NY 10019

/s/ Monplaisir G. Hamilton
Monplaisir G. Hamilton

2781100.1