IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TOUCHCOM, INC, and TOUCHCOM TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BERESKIN & PARR and H. SAMUEL FROST, <br><br> Defendants. | No. 1:07-cv-00114-JCC-TCB |

## ORDER GOVERNING SCHEDULE

Upon consideration of Plaintiff Touchcom Technologies, Inc.'s Unopposed Motion for Extension of Deposition Designation Deadlines (the "Motion"), and upon good cause shown, it is hereby ORDERED that the Motion is granted. It is thus hereby ORDERED that the following deadlines shall apply in this action:

1. The parties shall disclose their counter-designations before 5 p.m. EDT on September 2, 2011 and counter-counter-designations shall be disclosed before 5 p.m. EDT on September 9, 2011; all objections to such designations shall be exchanged and filed before 5 p.m. EDT on September 16, 2011.

IT IS SO ORDERED.

Dated: September 2^rd, 2011

/s/
James C. Cacheris
United States District Judge

U.S. District Judge James C. Cacheris