IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TOUCHCOM, INC, and TOUCHCOM TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BERESKIN & PARR and H. SAMUEL FROST, <br><br> Defendants. | No. 1:07-cv-00114-JCC-TCB |

## AGREED ORDER GOVERNING SCHEDULE

Upon consideration of Plaintiff Touchcom Technologies, Inc. and Defendants Bereskin & Parr and H. Samuel Frost's (collectively, the "Parties") Joint Motion for Entry of Agreed Order Governing Schedule (the "Motion"), and upon good cause shown, it is hereby ORDERED that the Motion is granted. It is thus hereby ORDERED that the following deadlines shall apply in this action:

1. The Parties must file all motions in limine on or before September 22, 2011.

2. Any Opposition briefs to a motion in limine must be filed on or before the earlier of eleven (11) days after service of the subject motion in limine or October 3, 2011.

3. Any Reply briefs in support of a motion in limine must be filed on or before the earlier of three (3) days after service of any opposition briefs to the subject motion in limine or October 6, 2011.

4. All briefs must be filed at or before 5 p.m. EDT on the dates on which they are required to be filed pursuant to this order.

5. Each motion in limine must be noticed for a hearing date that occurs on a date subsequent to the due date for the reply brief to that motion; but in no case shall any hearing date on a motion in limine be noticed for a date later than October 7, 2011.

IT IS SO ORDERED.

Dated: September 2nd, 2011

/s/
James C. Cacheris
United States District Judge

U.S. District Judge James C. Cacheris

2