# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TOUCHCOM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BERESKIN & PARR AND H. SAMUEL FROST, <br><br> Defendants. | Civil Action No. 1:07-cv-00114 |

### DEFENDANTS' COUNTER-COUNTER DEPOSITION DESIGNATIONS

Bereskin & Parr and H. Samuel Frost submit the following pretrial counter-counter deposition designations.

| Steven Bond (10/25/2005) | |
|---|---|
| **Begin Page & Line No.** | **End Page & Line No.** |
| 56:3 | 56:9 |
| 83:7 | 83:20 |
| 199:13 | 199:13 |
| 201:10 | 201:12 |
| 208:17 | 208:24 |
| 209:19 | 210:14 |
| 212:23 | 212:23 |
| 283:12 | 283:17 |

– 1 –

| Carl Cooper (11/17/2005) ||
| --- | --- |
| **Begin Page & Line No.** | **End Page & Line No.** |
| 20:14 | 21:9 |
| 36:4 | 36:14 |

| Jaired Ellard (10/18/05) ||
| --- | --- |
| **Begin Page & Line No.** | **End Page & Line No.** |
| 10:5 | 11:7 |
| 32:13 | 33:8 |
| 36:5 | 37:2 |
| 40:7 | 41:7 |
| 71:12 | 71:22 |
| 71:24 | 72:2 |
| 72:19 | 73:1 |

| Peter Hollidge (8/6/2004) ||
| --- | --- |
| **Begin Page & Line No.** | **End Page & Line No.** |
| 18:3 | 18:14 |
| 19:11 | 20:10 |
| 84:7 | 84:13 |

| Peter Hollidge (8/6/2004) ||
|---|---|
| **Begin Page & Line No.** | **End Page & Line No.** |
| 149:22 | 149:23 |
| 198:17 | 201:3 |
| 248:3 | 248:11 |
| 275:3 | 275:8 |
| 276:2 | 276:6 |
| 278:1 | 278:18 |

| Peter Hollidge (4/27/2010 – 4/28/2010) ||
|---|---|
| **Begin Page & Line No.** | **End Page & Line No.** |
| 100:17 | 100:24 |
| 162:6 | 163:23 |
| 219:15 | 219:19 |
| 223:11 | 223:11 |
| 223:15 | 223:15 |
| 223:17 | 223:17 |

| Peter Hollidge (8/3/2010) ||
|---|---|
| **Begin Page & Line No.** | **End Page & Line No.** |
| 10:4 | 10:5 |

| Norman W.C. Ross (8/4/2010) ||
|---|---|
| **Begin Page & Line No.** | **End Page & Line No.** |
| 29:15 | 30:6 |

| Peter Hollidge – Arbitration (9/30/2004) ||
|---|---|
| **Begin Page & Line No.** | **End Page & Line No.** |
| 807:16 | 807:20 |

Dated:  September 9, 2011	Respectfully submitted,

/s/ Monplaisir G. Hamilton
Monplaisir G. Hamilton
   Virginia Bar No. 76005
Peter E. Strand (*pro hac vice*)
   D.C. Bar No. 481870
SHOOK, HARDY & BACON L.L.P.
1155 F Street, N.W., Suite 200
Washington, D.C. 20004
202-783-8400 – Telephone
202-783-4211 – Facsimile

and

John H. Martin (*pro hac vice*)
   Texas State Bar No. 13086500
J. Michael Heinlen (*pro hac vice*)
   Texas State Bar No. 24032287
THOMPSON & KNIGHT L.L.P.
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-969-1700 – Telephone
214-969-1751 – Facsimile

ATTORNEYS FOR DEFENDANTS
BERESKIN & PARR AND H. SAMUEL FROST

### CERTIFICATE OF SERVICE

I certify that on September 9, 2011, I served the foregoing document by electronic mail on the following counsel for Plaintiff:

Daniel Donohoe Prichard
DOW LOHNES & ALBERTSON PLLC
1200 New Hampshire Ave. NW, Suite 800
Washington, D.C.  20036


Michael S. Shuster
Sheron Korpus
Alycia Regan Benenati
KASOWITZ BENSON TORRES & FRIEDMAN L.L.P.
1633 Broadway
New York, NY 10019

                                        /s/ Monplaisir G. Hamilton
                                        Monplaisir G. Hamilton

2783000.1