**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| TOUCHCOM, INC. AND TOUCHCOM TECHNOLOGIES, INC., <br><br>    PLAINTIFFS, <br><br>v. <br><br>BERESKIN & PARR AND H. SAMUEL FROST, <br><br>    DEFENDANTS. | CIVIL ACTION NO. 1:07-CV-114 <br> JURY TRIAL |

**STIPULATION OF DISMISSAL**

In accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-captioned action **with prejudice to refiling**. Each party will bear its own costs and attorneys' fees.


/s/ Daniel D. Prichard
Daniel D. Prichard
Virginia State Bar No. 45766

DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W., Suite 800
Washington, D.C. 20036-6802
202.776-2374

COUNSEL FOR TOUCHCOM TECHNOLOGIES, INC. AND TOUCHCOM, INC.

October 19, 2011

/s/ Monplaisir G. Hamilton
Monplaisir G. Hamilton
Virginia Bar No. 76005

SHOOK, HARDY & BACON L.L.P.
1155 F Street, N.W., Suite 200
Washington, D.C. 20004
202.783-8400

COUNSEL FOR BERESKIN & PARR AND H. SAMUEL FROST.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, October 19, 2011, I will cause to be electronically filed the foregoing document using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Monplaisir G. Hamilton
Peter Strand
Shook, Hardy & Bacon L.L.P.
1155 F Street, NW, Suite 200
Washington, DC  20004-1305
mhamilton@shb.com
pstrand@shb.com

John H. Martin
J. Michael Heinlen
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201
john.martin@tklaw.com
Michael.Heinlen@tklaw.com

/s
Daniel D. Prichard
VSB No. 45766
*Attorney for Plaintiffs*
DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, DC  20036-6802
Tel: (202) 776-2374
Fax: (202) 776-4374
dprichard@dowlohnes.com