UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TOUCHCOM, INC. AND TOUCHCOM TECHNOLOGIES, INC.,<br><br>PLAINTIFFS,<br><br>v.<br><br>BERESKIN & PARR AND H. SAMUEL FROST,<br><br>DEFENDANTS. | CIVIL ACTION NO. 1:07-CV-114<br>JURY TRIAL |

STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-captioned action **with prejudice to refiling**. Each party will bear its own costs and attorneys' fees.

/s/ Daniel D. Prichard
Daniel D. Prichard
Virginia State Bar No. 45766

DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W., Suite 800
Washington, D.C. 20036-6802
202.776-2374

COUNSEL FOR TOUCHCOM TECHNOLOGIES, INC. AND TOUCHCOM, INC.

/s/ Monplaisir G. Hamilton
Monplaisir G. Hamilton
Virginia Bar No. 76005

SHOOK, HARDY & BACON L.L.P.
1155 F Street, N.W., Suite 200
Washington, D.C. 20004
202.783-8400

COUNSEL FOR BERESKIN & PARR AND H. SAMUEL FROST.

October 19, 2011

So Ordered:

/s/
James C. Cacheris
United States District Judge